# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ANTHONY G. TAYLOR,  )  | |
|     Plaintiff,  )  | |
| )  | |
| v.  )  | CAUSE NO.: 4:16-CV-52-PPS-JEM |
| )  | |
| J P MORGAN CHASE, CHASE HOME  )  | |
| FINANCE,  )  | |
|     Defendant.  )  | |

## ORDER

This matter is before the Court *sua sponte*. On September 21, 2016, Defendant filed a Motion for Leave to File First Amended Answer and Affirmative Defense [DE 13]. Rather than file a response, on October 7, 2016, Plaintiff filed a Motion to Strike Defendants Affirmative Defenses [DE 17]. On October 11, 2016, Plaintiff filed an identical Motion to Strike Defendants Affirmative Defenses [DE 18].

The Court construes Plaintiff's Motions to Strike as a response to Defendant's Motion for Leave. Accordingly, the Court **DIRECTS** the Clerk of the Court to strike the document at [DE 17] and to designate the document at [DE 18] as Plaintiff's Response to Defendant's Motion for Leave to File First Amended Answer and Affirmative Defenses [DE 13].

Defendant shall reply, if desired, no later than 7 days from the date of this order.

SO ORDERED this 12th day of October, 2016.

                                                s/ John E. Martin
                                                MAGISTRATE JUDGE JOHN E. MARTIN
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record